IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02780-AP

ELIZABETH A. LEYBA c/o C.J.L., minor child,
    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,
    Defendant.

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Michael Desaulnier, Esq.
402 W. 12th Street
Pueblo, Colorado 81003
719-543-8636
seckarlaw@mindspring.com

For Defendant:
David M. Gaouette
United States Attorney

Kevin T. Traskos
Deputy Civil Chief
United States Attorney's Office
District of Colorado

Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, 1001A
Denver, Colorado 80294
(303) 844-0815
Stephanie.kiley@ssa.gov

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

   | | | |
   |---|---|---|
   | A. | Date Complaint was filed: | November 30, 2009 |
   | B. | Date Complaint was served on U.S. Attorney's Office: | January 14, 2010 |
   | C. | Date Answer and Administrative Record were filed: | March 22, 2010 |

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

   The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

   Neither party intends to submit additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASES RAISES UNUSUAL CLAIMS OR DEFENSES

   The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. OTHER MATTERS

   The parties have no other matters to bring to the attention of the Court.

8. BRIEFING SCHEDULE

   The parties respectfully request the following briefing schedule

   | | | |
   |---|---|---|
   | A. | Plaintiff's opening brief due | May 17, 2010 |
   | B. | Defendant's response brief due | June 16, 2010 |
   | C. | Plaintiff's reply brief (if any) due | July 1, 2010 |

9. STATEMENTS REGARDING ORAL ARGUMENT

   A. Plaintiff does not request oral argument.
   B. Defendant does not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11.     OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PRROF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 5th day of April, 2010.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Michael A. Desaulniers<br>Michael A. Desaulniers, Esq.<br>402 W. 12th Street<br>Pueblo, Colorado 81003<br>719-543-8636<br>seckarlaw@mindspring.com | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN T. TRASKOS<br><br>Deputy Civil Chief<br>United States Attorney's Office<br>District of Colorado<br><br>s/Stephanie Lynn F. Kiley<br>Stephanie Lynn F. Kiley<br>Special Assistant United States Attorney<br>Office of the General Counsel<br>Social Security Administration<br>1961 Stout Street, 1001A<br>Denver, Colorado 80294<br>(303) 844-0815<br>Stephanie.kiley@ssa.gov |