UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02780-WYD

ELIZABETH A. LEYBA, on behalf of C.J.L., a minor child,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on the Stipulated Motion for an Award of Attorney Fees filed July 5, 2011.  The motion asserts that the parties have agreed to a compromise settlement regarding Plaintiff's request for attorney fees under the Equal Access to Justice Act ["EAJA"], 28 U.S.C. § 2412(d).  Specifically, the parties agree that Plaintiff will receive a total EAJA fee of $5,000.00.  Having reviewed the motion and being fully advised in the premises, it is

ORDERED that the Stipulated Motion for an Award of Attorney Fees filed July 5, 2011 (ECF No. 20) is **GRANTED**.  Plaintiff is awarded attorney fees in the amount of $5,000.00 under the EAJA.  Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.  It is

FURTHER ORDERED that in light of the foregoing, the earlier filed Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 19 filed June 23, 2011 by Plaintiff) is **DENIED AS MOOT**.

Dated July 5, 2011

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge